IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| CROSSFIT, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JEREMY BROWNLEE, individually,<br>and d/b/a CROSSFIT LEE'S SUMMIT a/k/a<br>CF LEE'S SUMMIT and COMMUNITY<br>FITNESS LEE'S SUMMIT,<br><br>        Defendants. | CIVIL ACTION NO. 4:25-cv-00093 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), plaintiff, by and through its counsel, hereby stipulates to the dismissal of this litigation without prejudice.

**CROSSFIT, LLC**

By its counsel

/s/ Jason R. Mudd

Jason R. Mudd
Brenna Kingyon
**SHOOK HARDY & BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550
jmudd@shb.com
bkingyon@shb.com

Zachary C. Kleinsasser*
John F. Farraher, Jr.*
**GREENBERG TRAURIG, LLP**
One International Place
Boston, MA 02110
(617) 310-6029
kleinsasserz@gtlaw.com
farraherj@gtlaw.com

DATED: May 7, 2025

*pro hac vice applications forthcoming*